# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Sonix Technology Co., Ltd.   v.   Publications International, et al.

No. 16-1449

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Sonix Technology Co., Ltd.
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Steven P. Fallon
Law Firm: Greer, Burns & Crain, LTD.
Address: 300 South Wacker Drive, Suite 2500
City, State and Zip: Chicago, IL 60606
Telephone: (312) 360-0080
Fax #: (312) 360-9315
E-mail address: sfallon@gbclaw.net

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 9/29/1999

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date January 22, 2016    Signature of pro se or counsel /s/ Steven P. Fallon

cc: _____

Reset Fields

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  January 22, 2016
by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| Steven P. Fallon | /s/ Steven P. Fallon |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Greer, Burns & Crain, LTD. |
| Address | 300 South Wacker Dr., Suite 2500 |
| City, State, Zip | Chicago, IL 60606 |
| Telephone Number | (312) 360-0080 |
| Fax Number | (312) 360-9315 |
| E-Mail Address | sfallon@gbclaw.net |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields