# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| SONIX TECHNOLOGY CO., LTD., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> PUBLICATIONS INTERNATIONAL, LTD., <br> SD-X INTERACTIVE INC., <br> ENCYCLOPAEDIA BRITANNICA INC., <br> AND HERFF JONES INC., <br><br> Defendants-Appellees. | No. 2016-1449 |

**PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Sonix Technology Co., Ltd. ("Sonix") respectfully submits this unopposed motion pursuant to Federal Circuit Rule 26(b), for a twenty-one (21) day extension of time to file its opening brief. Under the current schedule, Sonix's opening brief is due March 7, 2016. If this extension is granted, Sonix's opening brief will be due March 28, 2016. No previous extension of this deadline has been requested or granted.

Sonix's primary reason for requesting this extension is to account for the impact of the Chinese New Year holidays and associated work stoppages and vacation schedules on the preparation of Sonix's opening brief. The Chinese New Year holidays and associated schedule interruptions have just come to an end, and

granting this motion will allow Sonix and its counsel to have adequate time to finalize Sonix's opening brief in this case.

## STATEMENT REGARDING CONSENT

Counsel for Sonix has discussed this motion with counsel for all Defendants'-Appellants, and they do not oppose motion.

Dated:  February 23, 2016                     Respectfully submitted,

By: /s/Jonathan Hangartner
Jonathan Hangartner
X-PATENTS, APC
5670 La Jolla Boulevard
La Jolla, CA 92037
Telephone: (858) 454-4313
Facsimile: (858) 454-4314
jon@x-patents.com

*Attorney for Plaintiff-Appellant
Sonix Technology Co. Ltd.*

# DECLARATION OF JONATHAN HANGARTNER IN SUPPORT OF PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

I, Jonathan Hangartner, hereby declare as follows:

1. I am lead counsel for plaintiff-appellant Sonix Technology Co. Ltd. ("Sonix") in this appeal.

2. Sonix's primary reason for requesting this extension is to account for the impact of the Chinese New Year holidays and associated work stoppages and vacation schedules on the preparation of Sonix's opening brief.

3. Sonix is a Taiwanese company. In Taiwan, Chinese New Year is a fifteen (15) day celebration that includes an official national holiday that this year extended from February 7 to 12, during which most companies stop all non-essential operations. The actual celebration in Taiwan extends until the Lantern Festival, this year held on February 22, 2016. Most employees of Taiwanese companies take additional vacation at this time.

4. The Chinese New Year holidays and associated schedule interruptions have just come to an end, and it is clear that counsel for Sonix will need additional time beyond the current March 7, 2016 filing deadline for its opening brief to properly communicate with Sonix about the filing. Granting this motion will allow Sonix and its counsel to have adequate time to finalize Sonix's opening brief in this case.

5. On February 22, 2016, I contacted Jacob Koering, counsel for all defendants-appellees in this appeal. Mr. Koering indicated that defendants-appellees have no objection to this proposed extension of the filing deadline for plaintiff-appellant's opening brief to March 28, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 23, 2016       Respectfully submitted,

By: /s/Jonathan Hangartner
Jonathan Hangartner
X-PATENTS, APC
5670 La Jolla Boulevard
La Jolla, CA 92037
Telephone: (858) 454-4313
Facsimile: (858) 454-4314
jon@x-patents.com

*Attorney for Plaintiff-Appellant*
*Sonix Technology Co. Ltd.*

# CERTIFICATE OF INTEREST

Counsel for Plaintiff-Appellant certifies the following:

**1.    The full name of every party or amicus represented by me is:**

Sonix Technology Co., Ltd.

**2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

Sonix Technology Co., Ltd.

**3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

None.

**4.    The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or are expected to appear in this court are:**

X-Patents, APC: Jonathan Hangartner

Greer, Burns & Crain, Ltd: Steven P. Fallon

Dated: February 23, 2016

Respectfully submitted,

By: /s/Jonathan Hangartner
Jonathan Hangartner
X-PATENTS, APC
5670 La Jolla Boulevard
La Jolla, CA 92037
Telephone: (858) 454-4313
Facsimile: (858) 454-4314
jon@x-patents.com

*Attorney for Plaintiff-Appellant*
*Sonix Technology Co. Ltd.*

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on February 23, 2016 by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Jonathan Hangartner | /s/ Jonathan Hangartner |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | X-PATENTS, APC |
| Address | 5670 La Jolla Boulevard |
| City, State, Zip | La Jolla, CA, 92037 |
| Telephone Number | (858) 454-4313 |
| Fax Number | (858) 454-4314 |
| E-Mail Address | jon@x-patents.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields